# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02906-SKC-NRN

E.S. and K.S., individually and on behalf of minor T.S.,

    Plaintiffs,

v.

CHARACTER TECHNOLOGIES, INC.,
NOAM SHAZEER,
DANIEL DE FREITAS ADIWARSANA,
GOOGLE LLC, and
ALPHABET INC.,

    Defendants.

## UNOPPOSED JOINT MOTION TO STAY CASE AND VACATE SCHEDULING CONFERENCE AND DEADLINES

Plaintiffs E.S. and K.S. ("Plaintiffs") and Defendants Character Technologies, Inc., Noam Shazeer, Daniel De Freitas Adiwarsana, Google LLC, and Alphabet, Inc. ("Defendants" and collectively, the "Parties"), by and through undersigned counsel, hereby request that the Court stay the case, vacate the January 14, 2026 scheduling conference, and vacate all other deadlines pending the finalization of a settlement agreement between the parties.

### CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 7.1(a)

In accordance with D.C.Colo.L.Civ.R. 7.1(a), counsel for both parties have conferred regarding this Motion. Defendants and Plaintiffs make this Motion jointly, and no party opposes this Motion.

## MOTION

1.    Plaintiffs and Defendants have reached an agreement in principle to resolve the issues raised in this lawsuit.

2.    The Parties are negotiating the terms of a final written agreement resulting in the dismissal of this action. However, the parties require additional time to finalize a settlement agreement.

3.    The Parties have conferred and agreed to stay the case and vacate all pending case deadlines while the written agreement is being negotiated.

4.    The Parties further request that the Court set an April 2, 2026 deadline for the Parties to submit a joint status report if a notice of dismissal has not been filed by that date.

5.    The Parties jointly move this Court for the desired relief and no party will be prejudiced by the stay.

WHEREFORE, the Parties respectfully request that this Court enter an order staying the case, vacating the upcoming scheduling conference, and vacating all upcoming deadlines. The parties further request that the Court set an April 2, 2026 deadline for the parties to submit a joint status report if a notice of dismissal has not been filed before that date.

Dated: January 6, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ Radu A. Letutiu* | */s/ Chad D. Williams* |

| | |
|---|---|
| SOCIAL MEDIA VICTIMS LAW CENTER PLLC | DAVIS GRAHAM & STUBBS LLP |
| Matthew P. Bergman<br>Laura Marquez-Garrett<br>600 1st Avenue, Suite 102-PMB 2383<br>Seattle, WA 98104<br>Telephone: 206.741.4862<br>Email:   matt@socialmediavictims.org<br>            laura@socialmediavictims.org | Chad D. Williams<br>Jennifer S. Allen<br>Maxwell E. Hamilton<br>3400 Walnut Street, Suite 700<br>Denver, CO 80205<br>Telephone: 303.892.9400<br>Facsimile:  303.893.1379<br>Email:<br>       chad.williams@davisgraham.com<br>       jennifer.allen@davisgraham.com<br>       max.hamilton@davisgraham.com |
| MCKOOL SMITH, P.C. | MUNGER TOLLES & OLSON LLP |
| Samuel F. Baxter<br>Jennifer L. Truelove<br>103 E. Houston Street<br>Marshall, TX 75670<br>Telephone: 903.923.9001<br><br>Radu A. Lelutiu<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone:   212.402.9443 | Jonathan H. Blavin<br>Victoria A. Degtyareva<br>Stephanie Goldfarb Herrera<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105<br>Telephone: 415.512.4000<br>Email:    jonathan.blavin@mto.com<br>         victoria.degtyareva@mto.com<br>         stephanie.herrera@mto.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Character Technologies, Inc.* |

/s/ Andrew H. Schapiro

QUINN EMANUEL URQUHART & SULLIVAN LLP

Andrew H. Schapiro
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: 312.705.7400
Facsimile:  312.705.7401
Email: andrewschapiro@quinnemanuel.com

*Attorneys for Defendant Daniel De Freitas Adiwarsana*

/s/ Isaac D. Chaput

COVINGTON & BURLING LLP

Paul W. Schmidt
New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: 212.841.1171
Email:       pschmidt@cov.com

Isaac D. Chaput
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: 415.591.7020
Email:       ichaput@cov.com

- 4 -

- 5 -

*Attorneys for Defendant Noam Shazeer*

*/s/ Lee Mickus*

EVANS FEARS SCHUTTERT MCNLUTY MICKUS

Lee Mickus
1805 Shea Center Drive, Suite 120
Littleton, CO 80129
Telephone: 303.923.8990
Email: lmickus@efsmmlaw.com

WILSON SONSINI GOODRICH & ROSATI

Lauren Gallo White
One Market Plaza, Suite 3300
San Francisco, CA 94105
Telephone: 415.947.2000
Email: lwhite@wsgr.com

Fred A. Rowley, Jr.
Matthew K. Donohue
953 E. Third Street, Suite 100
Los Angeles, CA 90013
Telephone: 323.210.2900
Email: fred.rowley@wsgr.com
mdonohue@wsgr.com

*Attorneys for Defendants Google LLC and Alphabet, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 6, 2026, a true and correct copy of the foregoing **Unopposed Joint Motion to Stay Case and Vacate Scheduling Conference and Deadlines** was filed and served upon all counsel of record via ECF-Pacer.

Pursuant to D.C.Colo.L.Civ.R. 6.1(c), the undersigned certifies that a copy of this Motion has been served contemporaneously on the following Parties:

Plaintiffs E.S. and K.S.
c/o Matthew P. Bergman
600 1st Avenue, Suite 102-PMB 2383
Seattle, WA 98104
Telephone: 206.741.4862
Email:	matt@socialmediavictims.org

Daniel De Freitas Adiwarsana
c/o Andrew H. Schapiro
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: 312.705.7400
Facsimile:  312.705.7401
Email:	andrewschapiro@quinnemanuel.com

Noam Shazeer
c/o Paul W. Schmidt
New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: 212.841.1171
Email:	pschmidt@cov.com

Google LLC
c/o Lauren Gallo White
One Market Plaza, Suite 3300
San Francisco, CA 94105
Telephone: 415.947.2000
Email:	lwhite@wsgr.com

- 7 -

Alphabet, Inc.
c/o Lauren Gallo White
One Market Plaza, Suite 3300
San Francisco, CA 94105
Telephone: 415.947.2000
Email: lwhite@wsgr.com

                              */s/ Robin E. Anderson*
                              Robin E. Anderson